SIMPSON THACHER & BARTLETT LLP
JAMES KREISSMAN (SBN: 206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

MATTHEW J. REILLY (moving for admission *pro hac vice*)
matt.reilly@stblaw.com
Counsel for Defendants Yingli Green Energy Holding Co. and Yingli Green Energy Americas, Inc.

SHEARMAN & STERLING LLP
JAMES DONATO (SBN: 146140)
MIKAEL A. ABYE (SBN: 233458)
jdonato@shearman.com
mabye@shearman.com
Four Embarcadero Center, Suite 3800
San Francisco, CA  94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Counsel for Defendants Suntech Power Holdings Co. Ltd. and Suntech America, Inc.

KIRKLAND & ELLIS LLP
ELIOT A. ADELSON (SBN: 205284)
eliot.adelson@kirkland.com
555 California Street
San Francisco, CA  94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

DANIEL E. LAYTIN (moving for admission *pro hac vice*)
dlaytin@kirkland.com
Counsel for Defendants Trina Solar Limited and Trina Solar (U.S.), Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Solyndra LLC, | Case No. CV-12-05272-SBA |
| Plaintiff, | **STIPULATION AND  ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND MODIFYING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc. | |
| Defendants. | |

| | |
|---|---|
| 1 | WHEREAS, Plaintiff Solyndra LLC ("Solyndra") filed a complaint in the above-captioned case against Defendants Suntech Power Holdings Co., Ltd., Suntech America Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, and Yingli Green Energy Americas, Inc. (collectively, "Defendants") on October 11, 2012 (the "Complaint"); |

WHEREAS, Plaintiff Solyndra LLC ("Solyndra") filed a complaint in the above-captioned case against Defendants Suntech Power Holdings Co., Ltd., Suntech America Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, and Yingli Green Energy Americas, Inc. (collectively, "Defendants") on October 11, 2012 (the "Complaint");

WHEREAS, Yingli Green Energy Holding Company was required to reply, absent this stipulation, by November 27, 2012, pursuant to its receipt of the Complaint and Summons under Federal Rule of Civil Procedure 4(h) on November 6, 2012;

WHEREAS, Trina Solar Limited and Trina Solar (U.S.) were required to reply, absent this stipulation, by December 11, 2012, pursuant to their agreement to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) on November 8, 2012;

WHEREAS, Yingli Green Energy Americas was required to reply, absent this stipulation, by December 11, 2012, pursuant to its agreement to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) on November 9, 2012;

WHEREAS, Suntech America was required to reply, absent this stipulation, by December 11, 2012, pursuant to its agreement to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) on November 9, 2012;

WHEREAS, Suntech Power Holdings Company was required to reply, absent this stipulation, by December 24, 2012, pursuant to its agreement to waive service of the Complaint under Federal Rule of Civil Procedure 4(d) on November 19, 2012;

WHEREAS, Defendants have agreed to jointly file any motion to dismiss the Complaint;

WHEREAS, the Parties, through their counsel, have conferred and agreed to a schedule for briefing any motion to dismiss, opposition, and reply thereto, as further specified in the accompanying Declaration of Matthew J. Reilly in Support of Stipulation of Extension of Time to Respond to Complaint and Briefing Schedule Regarding Defendants' Motion to Dismiss;

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc. and Solyndra LLC

hereby stipulate and agree that Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be January 22, 2013, and that if Defendants move to dismiss by such time, Solyndra's deadline to file its opposition to the motion to dismiss will be February 28, 2013, and Defendants' deadline to file their joint reply will be March 15, 2013.  For the avoidance of doubt, Defendants and Solyndra also hereby agree that if Defendants move to dismiss the Complaint, their deadline to answer the Complaint shall be postponed until after resolution of such motion in accordance with Federal Rule of Civil Procedure 12(a)(4).

    The parties have requested no other time modifications, and the stipulated requested modifications would not alter the schedule for this case except as set out above.

Dated:  December 5, 2012        SIMPSON THACHER & BARTLETT LLP

            By: */s/ James Kreissman*
               James Kreissman

               Matthew J. Reilly (moving for admission *pro hac vice*)

               *Attorneys for Defendants*
               Yingli Green Energy Holding Co. Ltd. and Yingli Green Energy Americas, Inc.

               SHEARMAN & STERLING LLP

            By: */s/ James Donato*
               James Donato

               Mikael Abye

               *Attorneys for Defendants*
               Suntech Power Holdings Co., Ltd. and Suntech America, Inc.

///

///

///

|   |   |
|---|---|
|   | KIRKLAND & ELLIS LLP |
| By: | */s/ Eliot A. Adelson* |
|   | Eliot A. Adelson |
|   | Daniel E. Laytin (moving for admission *pro hac vice*) |
|   | *Attorneys for Defendants* |
|   | Trina Solar Limited and Trina Solar (U.S.), Inc. |
|   | WINSTON & STRAWN LLP |
| By: | */s/ Robert B. Pringle* |
|   | Robert B. Pringle |
|   | 101 California Street |
|   | San Francisco, CA 94111-5802 |
|   | Telephone: (415) 591-1000 |
|   | *Attorneys for Plaintiff* |
|   | Solyndra LLC |

### **ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel James Donato, Mikael Abye, Eliot A. Adelson, and Daniel E. Laytin and Plaintiff's counsel Robert B. Pringle.

Dated: December 5, 2012         SIMPSON THACHER & BARTLETT LLP

By:  */s/ James Kreissman*
     James Kreissman
     2475 Hanover Street
     Palo Alto, California  94304
     Telephone:  (650) 251-5080
     Facsimile:  (650) 251-5002

     *Attorney for Defendants*
     Yingli Green Energy Holding Company and
     Yingli Green Energy Americas, Inc.

4
STIPULATION OF EXTENSION OF TIME TO RESPOND TO COMPLAINT; BRIEFING SCHEDULE
Case No. CV-12-05272-SBA

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _12/10/12                     _____*Saundra B Armstrong*_____
                                     The Honorable Saundra B. Armstrong
                                     United States District Judge