SIMPSON THACHER & BARTLETT LLP
JAMES KREISSMAN (SBN: 206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

MATTHEW J. REILLY (moving for admission *pro hac vice*)
matt.reilly@stblaw.com
Counsel for Defendants Yingli Green Energy Holding Co. Ltd. and Yingli Green Energy Americas, Inc.

SHEARMAN & STERLING LLP
JAMES DONATO (SBN: 146140)
MIKAEL A. ABYE (SBN: 233458)
jdonato@shearman.com
mabye@shearman.com
Four Embarcadero Center, Suite 3800
San Francisco, CA 94111-5994
Telephone: (415) 616-1100
Facsimile: (415) 616-1199
Counsel for Defendants Suntech Power Holdings Co. Ltd. and Suntech America, Inc.

KIRKLAND & ELLIS LLP
ELIOT A. ADELSON (SBN: 205284)
eliot.adelson@kirkland.com
555 California Street
San Francisco, CA 94104
Telephone: (415) 439-1400
Fax: (415) 439-1500

DANIEL E. LAYTIN (moving for admission *pro hac vice*)
dlaytin@kirkland.com
Counsel for Defendants Trina Solar Limited and Trina Solar (U.S.), Inc.

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Solyndra LLC, | Case No. CV-12-05272-SBA-EDL |
| Plaintiff, | **STIPULATION FOR EXTENSION OF TIME TO FILE OPPOSITION TO PLAINTIFF'S MOTION FOR LEAVE FROM RULE 26(f)** ; ORDER AS MODIFIED |
| v. | |
| Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc. | Judge: Hon. Elizabeth D. Laporte<br>Courtroom: E<br>Hearing Time: Not Set<br>Hearing Time: Not Set |
| Defendants. | |

WHEREAS, on December 19, 2012, Plaintiff filed a Motion for Leave from Rule 26(f) to Serve a Single Document Request (Dkt. No. 25);

WHEREAS, Defendants' opposition to Plaintiff's motion is currently due January 2, 2013;

WHEREAS, due to the fact that the response period falls almost exclusively over the winter holiday vacation, Defendants require an additional week to prepare their joint opposition brief;

WHEREAS, the Parties, through their counsel, have discussed this matter and agreed to a one-week extension for Defendants to file their opposition brief;

WHEREAS, the Parties have only previously requested one time modification from the Court—an order implementing a stipulated briefing schedule and extending time to respond to Plaintiff's complaint (Dkt. No. 24);

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, the Parties agree that Defendants shall have until January 9, 2013 to file their opposition brief to Plaintiff's Motion for Leave from Rule 26(f) to Serve a Single Document Request, and Plaintiff shall have until January 16, 2013 to file a reply brief.

Dated:  December 26, 2012                          SIMPSON THACHER & BARTLETT LLP

                                            By:    */s/ James Kreissman*
                                                   James Kreissman
                                                   Matthew J. Reilly
                                                   (moving for admission *pro hac vice*)

                                                   *Attorneys for Defendants*
                                                   Yingli Green Energy Holding Co. Ltd. and
                                                   Yingli Green Energy Americas, Inc.

///

///

///

SHEARMAN & STERLING LLP

By: */s/ James Donato*
James Donato

Mikael Abye

*Attorneys for Defendants*
Suntech Power Holdings Co., Ltd. and
Suntech America, Inc.

KIRKLAND & ELLIS LLP

By: */s/ Eliot A. Adelson*
Eliot A. Adelson

Daniel E. Laytin (moving for admission *pro hac vice*)

*Attorneys for Defendants*
Trina Solar Limited and
Trina Solar (U.S.), Inc.

WINSTON & STRAWN LLP

By: */s/ William C. O'Neil*
William C. O'Neil

35 West Wacker Drive
Chicago, IL 60601
Telephone: (312) 558-5600

*Attorneys for Plaintiff*
Solyndra LLC

3
STIPULATION FOR EXTENSION OF TIME TO RESPOND TO MOTION FOR RULE 26(f) LEAVE
Case No. CV-12-05272-SBA-EDL

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel James Donato, Mikael Abye, Eliot A. Adelson, and Daniel E. Laytin and Plaintiff's counsel William C. O'Neil.

Dated: December 26, 2012                     SIMPSON THACHER & BARTLETT LLP

By:    */s/ James Kreissman*
       James Kreissman

2475 Hanover Street
Palo Alto, California 94304
Telephone: (650) 251-5000
Facsimile: (650) 251-5002

*Attorney for Defendants*
Yingli Green Energy Holding Co. Ltd. and
Yingli Green Energy Americas, Inc.

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

A hearing on the motion is set for January 29, 2013, at 4:00 p.m.

Dated: December 27, 2012                     _____
                                             The Honorable Elizabeth D. Laporte
                                             United States Magistrate Judge

IT IS SO ORDERED AS MODIFIED
Judge Elizabeth D. Laporte