SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (SBN: 206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

MATTHEW J. REILLY (moving for admission *pro hac vice*)
matt.reilly@stblaw.com
1155 F Street NW
Washington, DC  20008
Telephone: (202) 636-5500
Counsel for Defendants Yingli Green Energy Holding Co. Ltd.
and Yingli Green Energy Americas, Inc.

[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| Solyndra LLC,<br><br>                              Plaintiff,<br><br>    v.<br><br>Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc.<br><br>                              Defendants. | Case No. CV-12-05272-SBA (EDL)<br><br>**JOINT STIPULATION AND  ORDER EXTENDING TIME TO RESPOND TO COMPLAINT AND FOR INITIAL DISCLOSURES** |

WHEREAS, Plaintiff Solyndra LLC ("Solyndra") filed a complaint in the above-captioned case against Defendants Suntech Power Holdings Co., Ltd., Suntech America Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, and Yingli Green Energy Americas, Inc. (collectively, "Defendants") on October 11, 2012 (the "Complaint");

WHEREAS, on December 10, 2012, this Court approved the parties' joint stipulation extending Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint until January 22, 2013, and also approved the briefing schedule outlined therein for any motion to dismiss (Dkt. No. 24);

WHEREAS, Plaintiff has stated that it presently intends to file an amended Complaint on or around January 29, 2013;

WHEREAS, in consideration of Plaintiff's forthcoming amended Complaint, the parties have met and conferred and agreed to extend Defendants' deadline to move to dismiss, answer or otherwise respond to the Complaint;

WHEREAS, the parties have also agreed to meet and confer within a reasonable time after the filing of Plaintiff's amended Complaint, in order to reach agreement on a new deadline for Defendants' planned joint motion to dismiss, to be requested via a stipulation that will be filed with the Court no later than February 12, 2013;

WHEREAS, in consideration of Plaintiff's forthcoming amended Complaint, the parties have also agreed to request an extension of the deadline for all parties' initial disclosures under Fed. R. Civ. P. 26(a), from January 31, 2013 to February 28, 2013, in light of Plaintiff's anticipated amended Complaint;

WHEREAS, the parties have previously requested two time modifications from the Court, (i) extending time to respond to Plaintiff's complaint and implementing a stipulated briefing schedule (Dkt. No. 24), as set out above, and (ii) granting a one-week extension for Defendants' opposition to Plaintiff's motion for early discovery, in light of the holidays (Dkt. No. 33); and

WHEREAS, the stipulated requested modifications would not otherwise alter the schedule for this case.

NOW, THEREFORE, the parties hereby stipulate and agree that:

(1) Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint will be extended from January 22, 2013 to a date to be agreed upon by stipulation, such stipulation to be filed with the Court no later than February 12, 2013; and

(2) The deadline for all parties' initial disclosures under Fed. R. Civ. P. 26(a) will be extended from January 31, 2013 to February 28, 2013.

Dated: January 22, 2013                    SIMPSON THACHER & BARTLETT LLP

                                By:   */s/ James Kreissman*
                                      *James Kreissman*
                                      Matthew J. Reilly

                                      *Attorneys for Defendants*
                                      Yingli Green Energy Holding Co. Ltd. and
                                      Yingli Green Energy Americas, Inc.


                                      SHEARMAN & STERLING LLP

                                By:   */s/ James Donato*
                                      *James Donato*
                                      Mikael Abye

                                      *Attorneys for Defendants*
                                      Suntech Power Holdings Co., Ltd. and
                                      Suntech America, Inc.


                                      KIRKLAND & ELLIS LLP

                                By:   */s/ Eliot A. Adelson*
                                      *Eliot A. Adelson*
                                      Daniel E. Laytin

                                      *Attorneys for Defendants*
                                      Trina Solar Limited and
                                      Trina Solar (U.S.), Inc.

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

                        WINSTON & STRAWN LLP

By:   */s/ William C. O'Neil*
       *William C. O'Neil*

       35 W. Wacker Drive
       Chicago, IL 60601-9703
       Telephone: (312) 558-5308

       *Attorneys for Plaintiff*
       Solyndra LLC

## **ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint shall be extended from January 22, 2013 to a date to be agreed upon by stipulation, such stipulation to be filed with the Court no later than February 12, 2013; and

(2) The deadline for all parties' initial disclosures under Fed. R. Civ. P. 26(a) shall be extended from January 31, 2013 to February 28, 2013.

Dated: _1/24/13                                    _____
                                                   The Honorable Saundra B. Armstrong
                                                   United States District Judge

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel James Donato, Mikael Abye, Eliot A. Adelson, and Daniel E. Laytin and Plaintiff's counsel William C. O'Neil.

Dated: January 22, 2013                         SIMPSON THACHER & BARTLETT LLP

                                    By:    */s/ James Kreissman*
                                           *James Kreissman*

                                           2475 Hanover Street
                                           Palo Alto, California  94304
                                           Telephone:  (650) 251-5000
                                           Facsimile:  (650) 251-5002

                                           *Attorney for Defendants*
                                           Yingli Green Energy Holding Co. Ltd. and
                                           Yingli Green Energy Americas, Inc.