UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| SOLYNDRA LLC,<br><br>  Plaintiff,<br><br>  vs.<br><br>SUNTECH POWER HOLDINGS CO., LTD, et al.,<br><br>  Defendants. | Case No: C 12-5272 SBA (EDL)<br><br>**ORDER GRANTING LEAVE TO FILE AMENDED COMPLAINT**<br><br>Docket 60 |

Good cause appearing,

IT IS HEREBY ORDERED THAT Plaintiff's unopposed motion to file an Amended Complaint is GRANTED. See Fed. R. Civ. P. 15(a). Plaintiff shall separately file the Amended Complaint through ECF by no later than February 20, 2013. This Order terminates Docket 60.

IT IS SO ORDERED.

Dated: 2/7/13

_____
SAUNDRA BROWN ARMSTRONG
United States District Judge