SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (SBN: 206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, California  94304
Telephone:  (650) 251-5000
Facsimile:  (650) 251-5002

MATTHEW J. REILLY (moving for admission *pro hac vice*)
matt.reilly@stblaw.com
1155 F Street NW
Washington, DC  20008
Telephone: (202) 636-5500
Counsel for Defendants Yingli Green Energy Holding Co. Ltd.
and Yingli Green Energy Americas, Inc.

[Counsel listed on signature page]

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| Solyndra LLC, | Case No. CV-12-05272-SBA (EDL) |
| Plaintiff, | **JOINT STIPULATION AND [PROPOSED] ORDER EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc. | |
| Defendants. | |

1  WHEREAS, Plaintiff Solyndra LLC ("Solyndra") filed a complaint in the above-
2  captioned case against Defendants Suntech Power Holdings Co., Ltd. and Suntech America, Inc.
3  (together, the "Suntech Defendants"), Trina Solar Limited and Trina Solar (U.S.), Inc. (together,
4  "Trina Defendants"), and Yingli Green Energy Holding Company Limited and Yingli Green Energy
5  Americas, Inc. (the "Yingli Defendants"), and, collectively, "Defendants," on October 11, 2012 (the
6  "Complaint");
7  WHEREAS, Defendants have stated that they will file a joint motion to dismiss;
8  WHEREAS on January 24, 2012, this Court approved the Parties' joint stipulation
9  extending Defendants' deadline to move to dismiss, answer, or otherwise respond to the Complaint to
10  a date to be agreed upon by stipulation, such stipulation to be filed with the Court no later than
11  February 12, 2013, in consideration of Plaintiff's statement that it would file an amended Complaint
12  (Dkt. No. 58);
13  WHEREAS, Plaintiff filed an unopposed motion for leave to file an amended
14  Complaint on January 25, 2013 (Dkt. No. 60);
15  WHEREAS, under Rule 26(d)(2) of the Federal Rules of Civil Procedure, a motion or
16  response to a motion must not exceed 20 pages, and a reply must not exceed 10 pages, exclusive of
17  certain accompanying documents, except with the permission of the court; and
18  WHEREAS, under the Court's Standing Orders (Dkt. No. 8),  a motion or response to
19  a motion shall not exceed 15 pages in length, exclusive of the table of contents, table of authorities,
20  exhibits and declarations, if required, and a reply brief shall not exceed 10 pages in length;
21  WHEREAS, in consideration of Plaintiff's amended Complaint, the parties have met
22  and conferred and agreed to (1) a schedule for briefing any motion to dismiss, opposition, and reply
23  thereto and (2) page limits for those briefs, as further specified in the accompanying Declaration of
24  Matthew J. Reilly in Support of Joint Stipulation Extending Time to Respond to Plaintiff's Amended
25  Complaint and Briefing Schedule for Defendants' Joint Motion to Dismiss;
26  WHEREAS, the proposed time modifications are necessary to allow Defendants time
27  to prepare their motion to dismiss, answer, or other response to Plaintiff's amended Complaint, and

the proposed pages limits are necessary in light of Defendants' decision to jointly file a motion to dismiss; and

WHEREAS, Defendants' decision to jointly file a motion to dismiss reduces the total number of pages for all motions to dismiss from 45 (if the Suntech Defendants, Trina Defendants, and Yingli Defendants each filed a motion to dismiss consisting of 15 pages) under the Court's Standing Orders to 25 pages.

WHEREAS, the parties have previously requested three time modifications from the Court, (i) extending time to respond to Plaintiff's complaint and implementing a stipulated briefing schedule (Dkt. No. 21), as set out above; (ii) granting a one-week extension for Defendants' opposition to Plaintiff's motion for early discovery, in light of the holidays (Dkt. No. 33); and (iii) extending time for Defendants to respond to Plaintiff's first complaint and extending the deadline for all Parties' initial disclosures under Rule 26(a), in light of Plaintiff's expressed intent to file an amended Complaint (Dkt. 54);

WHEREAS, the stipulated requested modifications would not otherwise alter the schedule for this case.

NOW, THEREFORE, the parties hereby stipulate and agree that:

(1)  Defendants' deadline to move to dismiss, answer, or otherwise respond to the amended Complaint will March 8, 2013; and Solyndra's deadline to file its opposition to the motion to dismiss will be April 12, 2013; and Defendants' deadline to file their joint reply will be May 3, 2013.  For the avoidance of doubt, Defendants and Solyndra also hereby agree that if Defendants move to dismiss the amended Complaint, their deadline to answer the amended Complaint shall be postponed until after resolution of such motion in accordance with Federal Rule of Civil Procedure 12(a)(4).

(2) Defendants' joint motion to dismiss shall be no longer than 25 pages, exclusive of the table of contents, table of authorities, exhibits and declarations; Plaintiff's opposition shall be no longer than 30 pages, exclusive of the table of contents, table of authorities, exhibits and declarations; and Defendants' joint reply shall be no longer than 15 pages, exclusive of the table of contents, table of authorities, exhibits and declarations.

Dated: February 12, 2013                                  SIMPSON THACHER & BARTLETT LLP

                                                By:    */s/ James Kreissman*
                                                       *James Kreissman*

                                                       Matthew J. Reilly

                                                       *Attorneys for Defendants*
                                                       Yingli Green Energy Holding Co. Ltd. and
                                                       Yingli Green Energy Americas, Inc.

                                                       SHEARMAN & STERLING LLP

                                                By:    */s/ James Donato*
                                                       *James Donato*

                                                       Mikael Abye

                                                       *Attorneys for Defendants*
                                                       Suntech Power Holdings Co., Ltd. and
                                                       Suntech America, Inc.

                                                       KIRKLAND & ELLIS LLP

                                                By:    */s/ Eliot A. Adelson*
                                                       *Eliot A. Adelson*

                                                       Daniel E. Laytin

                                                       *Attorneys for Defendants*
                                                       Trina Solar Limited and
                                                       Trina Solar (U.S.), Inc.

|  |  |
|---|---|
|  | WINSTON & STRAWN LLP |
|  | By: */s/ William C. O'Neil*<br>William C. O'Neil |
|  | 35 W. Wacker Drive<br>Chicago, IL 60601-9703<br>Telephone: (312) 558-5308 |
|  | *Attorneys for Plaintiff*<br>Solyndra LLC |

### ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel James Donato, Mikael Abye, Eliot A. Adelson, and Daniel E. Laytin and Plaintiff's counsel William C. O'Neil.

| | |
|---|---|
| Dated: February 12, 2013 | SIMPSON THACHER & BARTLETT LLP |
| | By: */s/ James Kreissman*<br>James Kreissman |
| | 2475 Hanover Street<br>Palo Alto, California 94304<br>Telephone: (650) 251-5000<br>Facsimile: (650) 251-5002 |
| | *Attorney for Defendants*<br>Yingli Green Energy Holding Co. Ltd. and<br>Yingli Green Energy Americas, Inc. |

-4-
STIPULATION AND [PROPOSED] ORDER
EXTENDING TIME TO RESPOND TO AMENDED COMPLAINT AND BRIEFING SCHEDULE
Case No. CV-12-05272-SBA (EDL)

**[PROPOSED] ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

(1) Defendants' deadline to move to dismiss, answer, or otherwise respond to the amended Complaint will March 8, 2013; Solyndra's deadline to file its opposition to the motion to dismiss will be April 12, 2013; and Defendants' deadline to file their joint reply will be May 3, 2013. For the avoidance of doubt, Defendants and Solyndra also hereby agree that if Defendants move to dismiss the Complaint, their deadline to answer the Complaint shall be postponed until after resolution of such motion in accordance with Federal Rule of Civil Procedure 12(a)(4).

(2) Defendants' joint motion to dismiss shall be no longer than 25 pages, exclusive of the table of contents, table of authorities, exhibits and declarations; Plaintiff's opposition shall be no longer than ~~30~~ **25** pages, exclusive of the table of contents, table of authorities, exhibits and declarations; and Defendants' joint reply shall be no longer than 15 pages, exclusive of the table of contents, table of authorities, exhibits and declarations.

(3) **Defendants shall notice their joint motion for <u>June 4, 2013 at 1:00 p.m.</u> Pursuant to Civil Local Rule 7-1(b), the Court may resolve the motion without oral argument. The parties are advised the check the Court's website to determine whether an appearance on the motion is required.**

Dated: _2/13/13                    _/s/ Saundra B. Armstrong_____
                                   The Honorable Saundra B. Armstrong
                                   United States District Judge