SIMPSON THACHER & BARTLETT LLP
JAMES G. KREISSMAN (SBN: 206740)
jkreissman@stblaw.com
2475 Hanover Street
Palo Alto, CA  94304
Telephone:  (650) 251-5000
Facsimile:   (650) 251-5002

MATTHEW J. REILLY (admitted *pro hac vice*)
matt.reilly@stblaw.com
1155 F Street, N.W.
Washington, D.C. 20004
Telephone:  (202) 636-5500
Facsimile:   (202) 636-5502

*Counsel for Defendants*
*Yingli Green Energy Holding Co. Ltd. and*
*Yingli Green Energy Americas, Inc.*

[Additional counsel listed on signature block]

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| R. Todd Neilson, as Liquidating Trustee on behalf of Solyndra Residual Trust,<br><br>Plaintiff,<br><br>v.<br><br>Suntech Power Holdings Co., Ltd., Suntech America, Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, Yingli Green Energy Americas, Inc.,<br><br>Defendants. | CASE No. CV-12-05272-SBA (EDL)<br><br>**JOINT STIPULATION AND** ~~**PROPOSED**~~ **ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S AMENDED COMPLAINT** |

WHEREAS, R. Todd Neilson, as Liquidating Trustee on behalf of Solyndra Residual Trust ("Solyndra" or "Plaintiff") filed an Amended Complaint in the above-captioned case against Defendants Suntech Power Holdings Co., Ltd. ("Suntech Holdings"), Suntech America Inc., Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company Limited, and Yingli Green Energy Americas, Inc. (collectively, "Defendants" and without Suntech Holdings, "Answering Defendants") on February 14, 2013 (Dkt. 70, the "Amended Complaint");

WHEREAS, Defendants filed a joint Motion to Dismiss all of Plaintiff's claims on March 8, 2013 (Dkt. 74);

WHEREAS, the Parties received notice that the Court had denied Defendants' joint Motion to Dismiss on April 9, 2014 (Dkt. 87);

WHEREAS, pursuant to the Court's order of February 13, 2013 (Dkt. 71) and Federal Rule of Civil Procedure 12(a)(4), Answering Defendants were required to answer Plaintiff's Amended Complaint on April 23, 2014;

WHEREAS, the Parties, through their counsel, have conferred and agreed for the convenience of the Parties, after considering the length of Plaintiff's Amended Complaint, to extend Answering Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint by two weeks;

NOW, THEREFORE, SUBJECT TO THE COURT'S APPROVAL, Suntech America, Inc.; Trina Solar Limited; Trina Solar (U.S.), Inc.; Yingli Green Energy Holding Company Limited; Yingli Green Energy Americas, Inc. and Solyndra hereby stipulate and agree that the Answering Defendants' deadline to answer or otherwise respond to Plaintiff's Amended Complaint will be May 7, 2014.

The parties have previously requested four time modifications from the Court: (i) extending time to respond to Plaintiff's first complaint and implementing a stipulated briefing schedule (Dkt. 21); (ii) granting a one-week extension for Defendants' opposition to Plaintiff's motion for early discovery, in light of the holidays (Dkt. 33); (iii) extending time for Defendants to respond to Plaintiff's first complaint, in light of Plaintiff's expressed intent to file an amended

1  complaint (Dkt. 54); and (iv) extending time to respond to Plaintiff's Amended Complaint in light
2  of Defendants' intent to file a joint motion to dismiss (Dkt. 71). The stipulated requested
3  modification would not otherwise alter the schedule for this case, except as set out above.

4  Dated:  April 21, 2014

| | | |
|---|---|---|
| | | SIMPSON THACHER & BARTLETT LLP |
| | By: | /s/ James Kreissman |
| | | James Kreissman |
| | | Matthew J. Reilly (admitted *pro hac vice*) |
| | | *Attorneys for Defendants* Yingli Green Energy Holdings Co. and Yingli Green Energy Americas, Inc. |
| | | SHEARMAN & STERLING LLP |
| | By: | /s/ Mikael Abye |
| | | Mikael Abye |
| | | *Attorneys for Defendants* Suntech America, Inc. |
| | | KIRKLAND & ELLIS LLP |
| | By: | /s/ Eliot A. Adelson |
| | | Eliot A. Adelson |
| | | Daniel E. Laytin (admitted *pro hac vice*) |
| | | *Attorneys for Defendants* Trina Solar Limited and Trina Solar (U.S.), Inc. |
| | | WINSTON & STRAWN LLP |
| | By: | /s/ Robert B. Pringle |
| | | Robert B. Pringle |
| | | 101 California Street San Francisco, CA 94111-5802 Telephone: (415) 591-1000 |
| | | *Attorneys for Plaintiff* R. Todd Neilson, as Liquidating Trustee on behalf of Solyndra Residual Trust |

1
2
**~~PROPOSED~~ ORDER**

PURSUANT TO STIPULATION, IT IS SO ORDERED.

3
Dated: 4/21/2014

*[signature: Saundra B. Armstrong]*
The Honorable Saundra B. Armstrong
United States District Judge

4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION EXTENDING TIME TO ANSWER OR RESPOND TO PLAINTIFF'S AMENDED COMPLAINT
CASE NO. CV-12-05272-SBA (EDL)

## ATTESTATION OF CONCURRENCE IN FILING

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from Defendants' counsel Mikael Abye, Eliot A. Adelson, and Daniel E. Laytin and Plaintiff's counsel Robert B. Pringle.

Dated: April 21, 2014                    SIMPSON THACHER & BARTLETT LLP

                                         By:    /s/ James Kreissman
                                                James Kreissman

                                                2475 Hanover Street
                                                Palo Alto, California  94304
                                                Telephone:  (650) 251-5080
                                                Facsimile:  (650) 251-5002

                                                *Attorney for Defendants*
                                                Yingli Green Energy Holding Company and
                                                Yingli Green Energy Americas, Inc.