WINSTON & STRAWN LLP
W. Gordon Dobie (admitted *pro hac vice*)
wdobie@winston.com
William C. O'Neil (admitted *pro hac vice*)
woneil@winston.com
Kathryn A. Wendel (admitted *pro hac vice*)
kwendel@winston.com
35 West Wacker Drive
Chicago, IL 60601
Telephone:    312-558-5600
Facsimile:    312-558-5700

WINSTON & STRAWN LLP
Robert B. Pringle (SBN: 51365)
rpringle@winston.com
Eric E. Sagerman (SBN: 155496)
esagerman@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone:    415-591-1000
Facsimile:    415-591-1400

Attorneys for Plaintiff
THE SOLYNDRA RESIDUAL TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE, R. TODD NEILSON

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| THE SOLYNDRA RESIDUAL TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE, R. TODD NEILSON, a California Corporation,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SUNTECH POWER HOLDINGS CO., LTD. ET AL.,<br><br>　　　　Defendants. | **Case No. 12-cv-5272 (SBA) (EDL)**<br><br>[PROPOSED] **ORDER GRANTING APPLICATION OF BRENDAN F. BARKER FOR ADMISSION *PRO HAC VICE* AS COUNSEL FOR THE SOLYNDRA RESIDUAL TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE, R. TODD NEILSON** |

　　　　IT IS HEREBY ORDERED THAT the application of Brendan F. Barker, whose business address and telephone number is Winston & Strawn LLP, 35 West Wacker Drive, Chicago, Illinois

1

60601; Telephone: (312) 558-5600, and who is an active member in good standing of the Bar of the State of Illinois, for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Plaintiff The Solyndra Residual Trust, By And Through Its Liquidating Trustee, R. Todd Neilson in the above-entitled action, is GRANTED, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party.

Dated:   11/25/2014

*Saundra B. Armstrong*
The Honorable Saundra B. Armstrong
United States District Judge

Winston & Strawn LLP
101 California Street
San Francisco, CA  94111-5802

2

[Proposed] Order Granting Application of Brendan F. Barker for Admission *Pro Hac Vice* – Case No. 12-cv-5272 (SBA) (EDL)