UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLYNDRA, LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>SUNTECH POWER HOLDINGS CO., LTD., et al.,<br><br>    Defendants. | Case No. 12-cv-05272-SBA   (JSC)<br><br>**NOTICE AND ORDER REGARDING SETTLEMENT CONFERENCE** |

TO ALL PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

You are hereby notified that a Settlement Conference **for counsel only** is scheduled for June 9, 2015, **at 9:30 a.m.**, in Courtroom F, 15th Floor, Federal Building, 450 Golden Gate Avenue, San Francisco, California 94102.

1. Lead trial counsel shall appear at the Settlement Conference.

2. At least 10 days prior to the Settlement Conference, Plaintiff shall serve a written demand on each defendant.

3. Each party shall prepare a Settlement Conference Statement, which must be LODGED with the undersigned's Chambers (NOT electronically filed) no later than **June 5, 2015**. Please 3-hole punch the document at the left side.

4. Each party shall also submit their Settlement Conference Statement in .pdf format and email their statement to JSCPO@cand.uscourts.gov.

5. The Settlement Conference Statement shall be served on opposing counsel. Any party may submit an additional confidential statement to the Court. The contents of this

confidential statement will not be disclosed to the other parties.

6. The Settlement Conference Statement shall include at least the following:

   a. A brief statement of the facts of the case.

   b. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

   c. A summary of the proceedings to date and any pending motions.

   d. The relief sought.

   e. Any discrete issue that, if resolved, would facilitate the resolution of the case.

   f. The party's position on settlement, including present demands and offers and a history of past settlement discussions.

7. At the June 9, 2015 Settlement Conference counsel shall be prepared to set a date for a further Settlement Conference at which the parties must attend.

8. The parties shall notify Chambers immediately at (415) 522-2172 if this case settles prior to the date set for the Settlement Conference.

**IT IS SO ORDERED.**

Dated: May 5, 2015

_____
JACQUELINE SCOTT CORLEY
United States Magistrate Judge

2