UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| THE SOLYNDRA RESIDUAL TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE, R. TODD NEILSON,<br><br>Plaintiff,<br><br>vs.<br><br>SUNTECH POWER HOLDINGS CO., LTD., SUNTECH AMERICA, INC., TRINA SOLAR LIMITED, TRINA SOLAR (U.S.), INC., YINGLI GREEN ENERGY HOLDING COMPANY LIMITED, YINGLI GREEN ENERGY AMERICAS, INC.,<br><br>Defendants. | Case No:  C 12-05272  SBA<br><br>**ORDER ADMINISTRATIVELY CLOSING ACTION** |

Plaintiff The Solyndra Residual Trust has settled with and agreed to dismiss all claims with prejudice as to defendants Trina Solar Limited, Trina Solar (U.S.), Inc., Yingli Green Energy Holding Company, and Yingli Green Energy Americas, Inc.  The only remaining defendant is Suntech America, Inc., which is in bankruptcy and subject to an automatic stay, pursuant to 11 U.S.C. § 362(a)(1).  Accordingly,

IT IS HEREBY ORDERED THAT the Clerk shall administratively to close the case for statistical purposes.  Within **ten (10) days** of the lifting of the bankruptcy stay, the remaining parties shall file written notice of the same, an updated Case Management Conference statement setting forth a proposal for further handling, and a request to reopen the action.

IT IS SO ORDERED.

Dated: April 6, 2016

SAUNDRA BROWN ARMSTRONG
Senior United States District Judge