[*Stipulating parties listed on signature page*]

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| THE SOLYNDRA RESIDUAL TRUST, BY AND THROUGH ITS LIQUIDATING TRUSTEE, R. TODD NEILSON, <br><br>              Plaintiff, <br><br>       vs. <br><br> SUNTECH POWER HOLDINGS CO., LTD. ET AL., <br><br>              Defendants. | **Case No. 12-cv-5272 (SBA) (EDL)** <br><br> **STIPULATION OF DISMISSAL** |

Plaintiff The Solyndra Residual Trust, by and through its Liquidating Trustee R. Todd Neilson ("Solyndra") and Defendant Suntech Americas, Inc. ("Suntech Americas") hereby stipulate as follows:

    1.    Solyndra and Suntech America seek dismissal of this action as brought against Suntech America only pursuant to the agreement among the parties as set forth in *Debtors' Combined Disclosure Statement and Chapter 11 Plan of Liquidation*, Docket Number 479 (as modified by Docket Number 619) in the *In re Suntech America, Inc., et al.* bankruptcy proceeding in the Bankruptcy Court in the District of Delaware, Case No. 15-10054. Solyndra and Suntech America seek such dismissal with prejudice.

    2.    Solyndra and Suntech America agree that each party shall bear its own costs and attorneys' fees in connection with this action.

    3.    This stipulation does not affect the rights or claims of Solyndra against any other defendant in the above captioned litigation other than Suntech America.

    4.    WHEREFORE, the parties respectfully request that this Court issue an Order of Dismissal with Prejudice with respect to Solyndra's action as brought against Suntech America

only.

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____                                        _____

                                                  Hon. Saundra B. Armstrong

                                                 United States District Judge

**Winston & Strawn LLP**
**101 California Street**
**San Francisco, CA  94111-5802**

**ATTESTATION OF CONCURRENCE IN FILING**

Pursuant to the Northern District of California's General Order No. 45, Section X(B) and Local Rule 5-1(i)(3), the filer attests that the concurrence in the filing of this document has been obtained from each of the below signatories.

Dated: November 30, 2017 _____

By: /s/ *Kathryn W. Bayer*

WINSTON & STRAWN LLP
W. Gordon Dobie (admitted *pro hac vice*)
wdobie@winston.com
William C. O'Neil (admitted *pro hac vice*)
woneil@winston.com
Kathryn W. Bayer (admitted *pro hac vice*)
kbayer@winston.com
35 West Wacker Drive
Chicago, IL 60601
Telephone:    312-558-5600
Facsimile:    312-558-5700

WINSTON & STRAWN LLP
Robert B. Pringle (SBN: 51365)
rpringle@winston.com
Eric E. Sagerman (SBN: 155496)
esagerman@winston.com
101 California Street
San Francisco, CA 94111-5802
Telephone:    415-591-1000
Facsimile:    415-591-1400

*Counsel for Plaintiff*
*The Solyndra Residual Trust*

By: /s/ *Mikael A. Abye*

SHEARMAN & STERLING LLP
Mikael A. Abye (SBN: 233458)
maybe@shearman.com
535 Mission Street, 25th Floor
San Francisco, CA 94105
415-616-1197

*Counsel for Defendant*
*Suntech Americas, Inc.*